1  TRACY L. WILKISON
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   AARON FRUMKIN (Cal. Bar No. 308479)
4  Assistant United States Attorney
   Cyber & Intellectual Property Crimes Section
5  AMANDA B. ELBOGEN (Cal. Bar No. 332505)
        1500 / 1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6799/5748
        Facsimile: (213) 894-2927/0141
8       E-mail:    Aaron.Frumkin@usdoj.gov
                   Amanda.Elbogen@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                    UNITED STATES DISTRICT COURT

12               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,           No. 8:20-CR-00015-FMO

14          Plaintiff,                 STIPULATION REGARDING REQUEST FOR
                                       (1) CONTINUANCE OF TRIAL DATE AND
15          v.                         (2) FINDINGS OF EXCLUDABLE TIME
                                       PURSUANT TO THE SPEEDY TRIAL ACT
16
   JOHN FRANCIS POWER,                 **CURRENT TRIAL DATE:**  08/29/22
17          Defendant.                 **PROPOSED TRIAL DATE:** 12/06/22

18

19       Plaintiff United States of America, by and through its counsel

20 of record, the United States Attorney for the Central District of

21 California and Assistant United States Attorneys Amanda Elbogen and

22 Aaron Frumkin, and defendant JOHN FRANCIS POWER ("defendant"), both

23 individually and by and through his counsel of record, Anne O'Toole,

24 hereby stipulate as follows:

25       1.   The Indictment in this case was filed on January 29, 2020.

26 Defendant first appeared before a judicial officer of the court in

27 which the charges in this case were pending on February 19, 2020.

28

The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before April 25, 2020.

2.   On February 19, 2020, the Court set a trial date of April 14, 2020.

3.   The Court has previously continued the trial date to August 29, 2022, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

4.   Defendant is released on bond pending trial.  The parties estimate that the trial in this matter will last approximately three days.

5.   By this stipulation, defendant moves to continue the trial date to December 6, 2022.  This is the seventh request for a continuance.

6.   Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Defendant is charged with violations of 18 U.S.C. § 371 (Conspiracy), and 41 U.S.C. §§ 8702(1) and 8707 (Providing, Attempting to Provide, and Offering Kickbacks).  The government has produced hundreds of pages of discovery to the defense, including written reports and media recordings.

b.   On October 19, 2021, defendant's current counsel substituted in as counsel of record.  Defense counsel is presently scheduled to be in the following trials: on September 20, 2022, in United States v. Oscar Rodriguez, C4 22-99-RGK; on October 11, 2022, in United States v. John Arthur Budd, CR 21-240-JAK; on November 8, 2022, in United States v. Raul De Luna Sison, CR 20-418-MWF; and on

November 15, 2022, in <u>United States v. Kenneth Lewis</u>, CR 22-225-RGK. Accordingly, counsel represents that she will not have the time that she believes is necessary to prepare to try this case on the current trial date.

c.   In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

7.   Based on all of the foregoing, for purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of March 22, 2022 to December 6, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's findings that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice;

and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8.    Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED

Dated: July 22, 2022                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        _____/s/_____
                                        AARON FRUMKIN
                                        AMANDA ELBOGEN
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


                                        _____
                                        ANNE O'TOOLE

                                        Attorney for Defendant
                                        JOHN FRANCIS POWER

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF ANNE O'TOOLE

I am JOHN FRANCIS POWER's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than December 6, 2022 is an informed and voluntary one.

_____        July 22, 2022
ANNE O'TOOLE                            _____
                                        Date
Attorney for Defendant
JOHN FRANCIS O'TOOLE

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than December 6, 2022.  I understand that I will be ordered to appear in Courtroom 5D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on December 6, 2022, at 8:30 a.m.

_____        7/26/22
                                        _____
JOHN FRANCIS POWER                      Date
Defendant

5